# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

DATE OF 341 MEETING: 10/23/01

CASE NO: 01B-25162

IN RE: SURF PARTNER

TRUSTEE: BIRD

## SECTION 341 MEETING
## DETAILED REPORT FOR CHAPTER 7

1. DEBTOR(S)
   [ ] Present, Sworn, Examined
   [X] Not Present — Bankr D. Rule 2003
   [ ] Husband Present, Wife Not — Bankr D. Rule 2003
   [ ] Wife Present, Husband Not — Bankr D. Rule 2003

2. DEBTOR'S ATTORNEY
   [X] Present       [ ] Not Present — Bankr D. Rule 2003       [ ] N/A (Pro Se)

3. SCHEDULES & STATEMENTS TIMELY FILED
   (including Schedule of Current Income and Expenditures and Statement of Intentions)
   [X] YES       [ ] NO — Bankr. D. Rule 5005-1

4. NEW ADDRESS FOR DEBTOR?
   [X] NO       [ ] YES — Debtor and Attorney advised of duty to file written notice of change of address

5. MEETING:  [X] Concluded    [ ] Other _____

6. IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE TRUSTEE HEREBY REQUESTS:
   [X] a 341 hearing be rescheduled       [ ] a 341 hearing NOT be rescheduled

COMMENTS (for Trustee's use only)

CREDITORS
Steve Loosle

PRESIDING

0125162D18

## CERTIFICATE OF SERVICE

I hereby certify that I mailed or caused to be mailed a correct copy of the foregoing document, postage prepaid, on the 25th day of October, 2001 to the following:

Office of U.S. Trustee
Boston Building, Suite 100
#9 Exchange Place
Salt Lake City, UT  84111

SURFPARTNER CORPORATION
PO BOX 712139
SALT LAKE CITY, UT 84171

WILLIAM THOMAS THURMAN
MCKAY, BURTON & THURMAN
10 EAST SOUTH TEMPLE, #600
SALT LAKE CITY, UT 84133

*Melanie Valderrama*